

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANUEL VILLAREAL, #920588 | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 3-03-CV-2038-R |
| | § | |
| DOUGLAS DRETKE, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division | § | |
| | § | |
| Respondent. | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 2 8 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 28 day of April, 2005.

JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE